**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | |
|---|---|
| **B.H., a minor child, by and through his mother and next of friend, D.S.,** | * * * |
| **Plaintiffs,** | * * |
| **v.** | * * |
| | **CASE NO.: 2:06cv393-SRW** |
| **AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT,** | * * * |
| **Defendants.** | * * * |

## MOTION TO CONSOLIDATE

Plaintiff B.H. requests the Court to consolidate his case with other similar cases now pending before this Court styled A.G., a minor child, by and through her mother and next of friend, K.C.; D.A., a minor child, by and through her mother and next of friend, B.A.; A.L., a minor child, by and through her mother and next of friend, C.T.; M.K., a minor child, by and through her mother and next of friend, K.K.; and M.H., a minor child, by and through her mother and next of friend, B.H., Case No. 2:05-CV-1090-MEF.

As grounds for his motion, he would show the following:

1.      This action arises out of the same set of facts as the A.G. case currently pending before this Court.

2.      B.H. filed the same legal theories and causes of action in his case as the other pending cases styled A.G. v. Autauga County Board of Education.

3.      Counsel for B.H. is the same as counsel for the cases styled as A.G. v.

Autauga County Board of Education.

WHEREFORE, Plaintiff B.H. requests the Court to consolidate this case with the

other cases styled as A.G. v. Board of Education, Case No. 2:05-CV-1090-MEF.

                                         /s/Michael J. Crow
                                        MICHAEL J. CROW (CR039)
                                        Attorney for Plaintiffs


OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343



                                         /s/Robert D. Drummond
                                        ROBERT D. DRUMMOND (DRU004)
                                        Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 15th day of May, 2006.


__/s/Michael J. Crow_____
OF COUNSEL

Terry Wright
1268 Plum Street
Prattville, Alabama 36066

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886