

06CV393