| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| [barcode] 7160 3901 9841 3112 3344 | A. Received by (Please Print Clearly): Dean Kanellopoulos    B. Date of Delivery: 5/10/06 |
| 3. Service Type  CERTIFIED MAIL | C. Signature: X [signature]  ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | D. Is delivery address different from item 1? ☐ Yes ☐ No |

1. Article Addressed to:

JOSEPH BUTLER
c/o Kate Hortberg
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

06cv393

PS Form 3811, September 2002     Domestic Return Receipt

---

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| [barcode] 7160 3901 9841 3112 3351 | A. Received by (Please Print Clearly): Dean Kanellopoulos    B. Date of Delivery: 5/13/06 |
| 3. Service Type  CERTIFIED MAIL | C. Signature: X [signature]  ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | D. Is delivery address different from item 1? ☐ Yes ☐ No |

1. Article Addressed to:

AUTAUGA COUNTY BOARD OF EDUCATION
c/o Kate Hortberg
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

06cv393

PS Form 3811, September 2002     Domestic Return Receipt