Response to Summons Case Number: 2:06cv393-SRW

RECEIVED

To: Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36104

2006 JUN -1 A 9:54

I deny all allegations listed in Counts One through Eight contained in the above referenced summons.

*Terry Wright* (signature)
Terry Wright
1268 Plum St.
Prattville, Al 36066