THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| B.H., a minor child, by and through his mother and next of friend, D.S., | * * * |
| Plaintiffs, | * * |
| v. | * * |
| | * CASE NO.: 2:06cv393-SRW |
| AUTAUGA COUNTY BOARD OF EDUCATION; JOSEPH L. BUTLER; and TERRY WRIGHT, | * * * * |
| Defendants. | * * |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff moves the Court for permission to amend his Complaint and to add additional Defendant(s) as parties to this case.

As grounds to his motion, Plaintiff would show the following:

1. Counsel for the Plaintiff has recently discovered new evidence, which would implicate responsibility to other party(s) in this case.

WHEREFORE, Plaintiff requests the Court to allow him to amend his Complaint and add additional party Defendant(s), whom the Plaintiff deems necessary party(s) in this action.

                                                    /s/Michael J. Crow
                                                    MICHAEL J. CROW (CR039)
                                                    Attorney for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343

      /s/Robert D. Drummond
ROBERT D. DRUMMOND (DRU004)
Attorney for Plaintiffs

OF COUNSEL:

Attorney at Law
323 De LaMare
Fairhope, AL 36532
(251) 990-6249

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon all counsel of record listed below by placing a copy of the same in the U.S. Mail, first class postage prepaid, on this the 6th day of June, 2006.

                                    /s/Michael J. Crow
                                    OF COUNSEL

Terry Wright
1268 Plum Street
Prattville, Alabama 36066

Katherine Hortberg
Mark Boardman
Boardman, Carr, Reed, Hutcheson
Post Office Box 382886
Chelsea, Alabama 35238-2886

David McDowell
145 West Main Street
Prattville, Alabama 36067