**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:  B. H. v. Autauga County Board of Education et al
     Civil Action No. 2:06-cv-393-MHT

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:06-cv-393-MEF. This new case number should be used on all future correspondence and pleadings in this action.