IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| B.H., a minor child, by and through his mother and next of friend, D.H. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:06-cv-393-MEF |
| AUTAUGA COUNTY BOARD OF EDUCATION, *et. al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to Amend Complaint (Doc. # 8). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this the 8th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE