2. Article Number

7160 3901 9841 5329 9300

3. Service Type  **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Dene Cleveland
c/o Kate Hortberg
Boardman, Carr, Reed & Hutcheson
Post Office Box 382886
Alabama 35238-2886

*Birmingham*

06cv393

PS FORM 3811, January 2005

**COMPLETE THIS SECTION DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Debbie B Armstrong    6-23-06

C. Signature
X  *Debbie Armstrong*    ☑ Agent  ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

Domestic Return Receipt