| 2. Article Number | COMPLETE THIS SECTION DELIVERY |
|---|---|
| [barcode] 7160 3901 9841 5329 9355 | A. Received by (Please Print Clearly) — B. Date of Delivery: 7-11-06 <br> C. Signature: X Dene Cleveland  ☐ Agent  ☐ Addressee <br> D. Is delivery address different from item 1? If YES, enter delivery address below:  ☐ Yes  ☐ No |
| 3. Service Type  **CERTIFIED MAIL** | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 1. Article Addressed to: | |

Dene Cleveland
Autauga County Board of Education
Chapter 1 Building
131 N Washington Street
Prattville, Alabama 36067

06-393 S+C

PS FORM 3811, January 2005                                Domestic Return Receipt